# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**REUBEN VAUGHN and STEVEN DAVIS,**

    **Plaintiffs,**

**v.**                                  **Case No. 1:14cv12-MW/GRJ**

**PRODUCERS AGRICULTURE INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER STAYING DEADLINES

This Court conducted a telephonic hearing in this action on February 6, 2015. As explained on the record, this Court has taken the motions for summary judgment under advisement. All deadlines related to other motions and the pretrial conference are hereby stayed until further order of this Court. Moreover, the pretrial conference scheduled for February 17, 2015, is canceled and will be reset by separate order.

    **SO ORDERED on February 6, 2015.**

                                                    **s/Mark E. Walker**  
                                                    **United States District Judge**