# BREAKDOWN OF COSTS

## FEES FOR SERVICE OF SUBPOENAS

| Vendor | Description | Amount |
|---|---|---|
| Lehr's Process Service | Expedited Service of Subpoena for Records on Trent Snider & Co. | $60.00 |
| Lehr's Process Service | Expedited service of Subpoena for Records on Jim White and Williston Farm Supplies | $120.00 |
| **TOTAL SERVICE FEE:** | | **$180.00** |

## FEES FOR TRANSCRIPTS
### (Printed and electronically recorded.  Necessarily obtained for use in case.)

| Vendor | Description | Amount |
|---|---|---|
| Scribe Associates Inc. | Court reporting fee for depositions of Plaintiff Steven Davis, Plaintiff Reuben Vaughn and Ryan Thomas on 9/18/14 deposition.<br><br>Breakdown:<br><br>Ryan Thomas Depo Transcript & Exhibits: $420.50<br>Steven Davis Depo Transcript & Exhibits: $871.75<br>Reuben Vaughn Depo Transcript & Exhibits: $971.25<br>Attendance of Reporter: $525.00 | $2,788.50 |
| Scribe Associates Inc. | Court reporting fee for scanned deposition exhibits for Reuben Vaughn's 9/18/14 deposition. | $894.50 |

| | | |
|---|---|---|
| Scribe Associates Inc. | Court reporting fee for depositions of Charles Davis, Robert Starnes and James White on 10/14/14.<br><br>Breakdown:<br><br>James White Depo Transcript & Exhibits:   $553.50<br>Robert Starnes Depo Transcript & Exhibits:   $434.25<br>Charles Davis Depo Transcript & Exhibits:   $263.25<br>Attendance of Reporter:   $360.00 | $1,611.00 |
| Accurate Stenotype Reporters, Inc. | Court reporting fee deposition for Brian Higgins on 11/5/14.<br><br>Breakdown:<br><br>Deposition Transcript:   $187.00<br>Attendance of Reporter:   $70.00 | $257.00 |
| Orange Legal | Court reporting fee for deposition of David Spaulding on 11/3/14.<br><br>Breakdown:<br><br>Deposition Transcript:   $837.40<br>Attendance of Reporter:   $267.50 | $1,104.90 |
| Scribe Associates Inc. | Court reporting fee for deposition of Thomas H. Spreen, Ph.D. (Plaintiffs' Expert) on 9/19/14.<br><br>Breakdown:<br><br>Deposition Transcript (regular service):   $503.50<br>Attendance of Reporter:   $162.50 | $666.00 |
| Scribe Associates Inc. | Court reporting fee for Chad Marzen (Plaintiffs' Expert) on 9/5/14.<br><br>Breakdown:<br><br>Deposition Transcript & Exhibits:   $1,714.25<br>Attendance of Reporter:   $270.00 | $1,984.25 |

JAX\1947512_1

| | | |
|---|---|---|
| Scribe Associates Inc. | Court reporting fee for John D. Zuidema, Jr., CPA (Plaintiffs' Expert) and Donald G. Foreman, CPA (Plaintiffs' Expert) on 9/4/14.<br><br>Breakdown:<br><br>John Zuidema Depo Transcript:     $684.00<br>Donald Foreman Depo Transcript & Exhibits:   $534.50<br>Attendance of Reporter:     $330.00 | $1,548.50 |
| Scribe Associates Inc. | Court reporting fee for complete set of Arbitration Proceedings for 2011 Case. | $2,593.80 |
| **TOTAL TRANSCRIPT FEES:** | | **$13,448.45** |

## EXPERT WITNESS FEE AND PER DIEM FEE FOR DEPOSITIONS

| | **Description** | **Amount** |
|---|---|---|
| Thomas Spreen | Witness Fee for 9/19/14 deposition of Plaintiffs' Expert Thomas Spreen ($550) | $40.00 (Maximum allowed) |
| Prof. Chad Marzen | Witness Fee for 9/5/14 deposition of Plaintiffs' Expert Prof. Chad Marzen ($1,450) | $40.00 (Maximum allowed) |
| **TOTAL WITNESS/PER DIEM FEE:** | | **$80.00** |

**FEE FOR COSTS OF MAKING COPIES OF ANY MATERIALS
WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

| Vendor | Description | Amount |
|---|---|---|
| Ricoh | Copy charge for documents produced in response to Plaintiffs' Request for Production. | $212.50 |
| Ricoh | Copy charge for documents produced by Plaintiffs (packing shed documents). | $773.22 |
| BACTES | Copy charge for documents produced by Allen Brasington, M.D. in response to Defendant's Subpoena for Documents to Non-Party. | $14.90 |
| Rogers Towers, P.A. | Defendant's Trial Exhibits for Pretrial Conference Attorney Meeting (2,687 pages x .15¢) | $403.05 |
| **TOTAL COPY FEE:** | | **$1,403.67** |

**TOTAL COSTS $15,112.12**

JAX\1947512_1

Lehr's Process Service, LLC
1017 S.W. 86th Way
Gainesville, FL 32607
Phone: (352) 331-1010
Fax: (352) 332-3895
45-4181115

# BATCH INVOICE

Invoice #LEH-2014005057
9/11/2014

Christopher Hazelip
Rogers Towers
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL 32207

Reference Number:
Your Contact: Jeannie Stacy

Case Number:  1:14-CV-00012-MW-GRJ
Reuben Vaughn and Steven Davis
     vs.
Producers Agriculture Insurance Company, a foreign corporation

Invoice covers Papers Served through 9/11/2014.

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2014005057 | 9/10/2014 | Records Custodian Trent Snider & Co., PL | | | | $40.00 |
| | | Service Fee (Alachua Co.) | 1.00 | 40.00 | 40.00 | |
| | | Rush Fee (Alachua Co.) | 1.00 | 20.00 | 20.00 | |
| | | Additional Address (Alachua) | 1.00 | 40.00 | 40.00 | |
| | 09/11/2014 | Check #100021752  Pre-Payment | | | 60.00 | |
| | | TOTAL CHARGED | | | $100.00 | |
| | | TOTAL AMOUNT DUE | | | | $40.00 |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Lehr's Process Service, LLC
1017 S.W. 86th Way
Gainesville, FL 32607
Phone: (352) 331-1010
Fax: (352) 332-3895
45-4181115

Invoice #LEH-2014005524
2/24/2015

Original Date: 10/6/2014

Christopher Hazelip
Rogers Towers
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL 32207

Your Contact: Jeannie Stacy
Case Number: 1:14-CV-00012-MW-GRJ

Plaintiff:
**Reuben Vaughn and Steven Davis**

Defendant:
**Producers Agriculture Insurance Company, a foreign corporation**

Received: 10/1/2014   Served: 10/3/2014 10:15 am  RECORDS CUSTODIAN
To be served on: Records Custodian Williston Farm Supplies & Services

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Other Counties) | 1.00 | 40.00 | 40.00 |
| Rush Fee (Other Counties) | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $60.00 |
| 09/11/2014    Check #100022221  Pre-Payment | | | 60.00 |
| BALANCE DUE: | | | $0.00 |

Thank you for your business!

**Lehr's Process Service, LLC**
1017 S.W. 86th Way
Gainesville, FL 32607
Phone: (352) 331-1010
Fax: (352) 332-3895
45-4181115

# INVOICE

Invoice #LEH-2014005663
2/24/2015

Original Date: 10/15/2014

Christopher Hazelip
Rogers Towers
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL 32207

Your Contact: Jeannie Stacy
**Case Number: 1:14-CV-00012-MW-GRJ**

Plaintiff:
**Reuben Vaughn and Steven Davis**

Defendant:
**Producers Agriculture Insurance Company, a foreign corporation**

Received: 10/11/2014    Non-Served: 10/13/2014  NON SERVED- STOP SERVICE
To be served on: Jim White

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Alachua Co.) | 1.00 | 40.00 | 40.00 |
| Rush Fee (Alachua Co.) | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $60.00 |
| 09/11/2014    Check #100022221  Pre-Payment | | | 60.00 |
| BALANCE DUE: | | | $0.00 |

Thank you for your business!

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16980 | 10/7/2014 | 13857 |
| **Job Date** | **Case No.** | |
| 9/18/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| The Deposition of: Ryan Thomas | 88.00 | Pages | @ 4.75 | 418.00 |
| Exhibit | 5.00 | Pages | @ 0.50 | 2.50 |
| Original Held For Read and Sign | 0.00 | | @ 0.00 | 0.00 |
| Postage For Original After Reading | 1.00 | | @ 5.44 | 5.44 |
| Postage and Handling | 1.00 | | @ 8.44 | 8.44 |
| E-Transcript | 1.00 | | @ 25.00 | 25.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| The Deposition of: Steven Davis | 183.00 | Pages | @ 4.75 | 869.25 |
| Exhibit | 5.00 | Pages | @ 0.50 | 2.50 |
| Original Held For Read and Sign | 0.00 | | @ 0.00 | 0.00 |
| E-Transcript | 1.00 | | @ 25.00 | 25.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| The Deposition of: R. Timothy Vaughn | 203.00 | Pages | @ 4.75 | 964.25 |
| Exhibit | 14.00 | Pages | @ 0.50 | 7.00 |
| Attendance of Reporter | 8.00 | Hours | @ 60.00 | 480.00 |
| Attendance of Reporter (After Hours) | 0.50 | Hours | @ 90.00 | 45.00 |
| Original Held For Read and Sign | 0.00 | | @ 0.00 | 0.00 |
| Postage For Original After Reading | 1.00 | | @ 7.55 | 7.55 |

**Tax ID:** 59-2820930

Phone: 813-995-6444    Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

Invoice No.   :  16980
Invoice Date  :  10/7/2014
**Total Due**    :  **$ 2,895.48**

Remit To: **Scribe Associates Inc.**
**201 SE 2nd Ave**
**Ste 207**
**Gainesville, FL 32601**

Job No.      :  13857
BU ID        :  1-MAIN
Case No.     :  1:14-CV-12-MW-GRJ
Case Name    :  Reuben Vaughn and Steven Davis vs.
Producers Agriculture Ins. Co.

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16980 | 10/7/2014 | 13857 |
| **Job Date** | **Case No.** | |
| 9/18/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | | |
|---|---|---|---|---|---|
| Postage and Handling | 1.00 | @ | 10.55 | 10.55 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| | **TOTAL DUE  >>>** | | | **$2,895.48** |

*E-Tran's sent 10/6/14*
*The Transcript and E-Tran as to Ryan Thomas sent previously on 9/23/14*

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms:  Net 30 Days @ 1.5%  (18% Annually)
Collections will be filed in Alachua County where payment is due

**Tax ID:** 59-2820930

Phone: 813-995-6444   Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

Invoice No.   :  16980
Invoice Date  :  10/7/2014
**Total Due**    :  **$ 2,895.48**

Job No.    :  13857
BU ID      :  1-MAIN
Case No.   :  1:14-CV-12-MW-GRJ
Case Name  :  Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co.

Remit To:  **Scribe Associates Inc.**
           **201 SE 2nd Ave**
           **Ste 207**
           **Gainesville, FL 32601**

# INVOICE

Scribe Associates Inc., Court Reporters
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17642 | 12/17/2014 | 13857 |
| Job Date | Case No. | |
| 9/18/2014 | 1:14-CV-12-MW-GRJ | |
| Case Name | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| Payment Terms | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | |
|---|---|---|---|---|
| -The Deposition of: Reuben Vaughn | | | | |
| Scanned Exhibits | 3,578.00 Pages | @ | 0.25 | 894.50 |
| | TOTAL DUE >>> | | | $894.50 |

**Scanned attachments**

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms: Net 30 Days @ 1.5% (18% Annually)
Collections will be filed in Alachua County where payment is due

Tax ID: 59-2820930

Phone: 813-995-6444    Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 17642 |
| Invoice Date | : | 12/17/2014 |
| **Total Due** | : | **$894.50** |

| | | |
|---|---|---|
| Job No. | : | 13857 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

Remit To:   **Scribe Associates Inc.**
            **201 SE 2nd Ave**
            **Ste 207**
            **Gainesville, FL 32601**

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone: 352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17169 | 10/28/2014 | 14290 |
| **Job Date** | **Case No.** | |
| 10/14/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| The Deposition of: James White | 114.00 Pages | @ | 4.75 | 541.50 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| Scanned Exhibits | 48.00 Pages | @ | 0.25 | 12.00 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| The Deposition of: Robert Starnes | 91.00 Pages | @ | 4.75 | 432.25 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| Scanned Exhibits | 8.00 Pages | @ | 0.25 | 2.00 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| The Deposition of: Charles Davis | 55.00 Pages | @ | 4.75 | 261.25 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| Attendance | 6.00 | @ | 60.00 | 360.00 |
| Scanned Exhibits | 8.00 Pages | @ | 0.25 | 2.00 |
| No Hard Copy Requested | 1.00 | @ | 0.00 | 0.00 |

**Tax ID:** 59-2820930

Phone: 813-995-6444   Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 17169 |
| Invoice Date | : | 10/28/2014 |
| **Total Due** | : | **$1,694.05** |

| | | |
|---|---|---|
| Job No. | : | 14290 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

Remit To:   **Scribe Associates Inc.**
　　　　　　**201 SE 2nd Ave**
　　　　　　**Ste 207**
　　　　　　**Gainesville, FL 32601**

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17169 | 10/28/2014 | 14290 |
| **Job Date** | **Case No.** | |
| 10/14/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | |
|---|---|---|---|---|
| Postage and Handling | 1.00 | @ | 8.05 | 8.05 |
| | **TOTAL DUE  >>>** | | | **$1,694.05** |

*Scanned exhibits sent 10/28/14-Original exhibits returned to Javan Grant*
*E-Tran sent 10/28/14*

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms:  Net 30 Days @ 1.5%  (18% Annually)
Collections will be filed in Alachua County where payment is due

**Tax ID:** 59-2820930

Phone: 813-995-6444   Fax:

---

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 17169 |
| Invoice Date | : | 10/28/2014 |
| **Total Due** | : | **$1,694.05** |

| | | |
|---|---|---|
| Job No. | : | 14290 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

Remit To:  **Scribe Associates Inc.**
**201 SE 2nd Ave**
**Ste 207**
**Gainesville, FL 32601**

# Accurate Stenotype Reporters, Inc.

**2894-A Remington Green Lane**
**Tallahassee, Florida 32308**
**Employer ID No. 59-2708168**
**(850) 878-2221**

# *Invoice*

| DATE | INVOICE # |
|------|-----------|
| 11/17/2014 | DR11054A |

| BILL TO |
|---------|
| Rogers Towers<br>29152 Chapel Park Drive<br>Wesley Chapel, Florida 33543<br>813.995.6444 |
| Attention:   L.Javan Grant, Esquire |

| JOB INFORMATION |
|-----------------|
| Reuben Vaughn and Steven Davis v. ProAg<br>Case No. 1:14-CV-00012-MW-GRJ<br>Depo of Brian Higgins on 11.5.14 in Donalsonville, Georgia; 2:00-3:13 |
| Reported by:    Lori Dezell |

| FEES AND CHARGES | QTY | RATE | AMOUNT |
|------------------|-----|------|--------|
| Appearance fee - first hour | | 70.00 | 70.00 |
| Transcript -- Original | 44 | 4.25 | 187.00 |
| Mileage -- $35 per hour | 2 | 35.00 | 70.00 |
| Condensed transcript and index - no charge | | 0.00 | 0.00 |
| ASCII and PDF files - no charge - emailed | | 0.00 | 0.00 |
| Shipping/Delivery | | 10.00 | 10.00 |

PAYABLE UPON RECEIPT.  INTEREST ACCRUES AT 12% PER ANNUM AFTER 45 DAYS.  PLEASE RETURN YELLOW COPY WITH PAYMENT.  THANK YOU.

| **Total** | $337.00 |
|-----------|---------|

# INVOICE



ORANGELEGAL™
SERVICE. SOLUTIONS. SUPPORT.
PH 407.898.4200  TOLL FREE 800.275.7991  F 407.898.4955

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166866 | 11/14/2014 | 189134 |
| **Job Date** | **Case No.** | |
| 11/3/2014 | 114CV00012MWGRJ | |
| **Case Name** | | |
| Reuben Vaughn & Steven Davis vs. Producers Agriculture Insurance Company | | |
| **Payment Terms** | | |
| Net 30 | | |

Janet C. Owens, Esquire
Rogers Towers, PA
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| David A. Spaulding | 212.00 | Pages | 837.40 |
| Appearance Fee | | | 75.00 |
| Appearance Fee - Each additional hour thereafter | 3.50 | Hours | 192.50 |
| ASCII, Condensed | | | 35.00 |
| ASCII | | | 20.00 |
| Exhibit Charge - Scan Only | 1,531.00 | Pages | 382.75 |
| Delivery, Shipping and Handling | 2.00 | | 40.00 |
| E-mail transcript | | | 0.00 |
| | | **TOTAL DUE >>>** | **$1,582.65** |

Delivery includes returning Exhibit 4 back to the witness. Exhibits were put on disk and not copied.

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

---

*Please detach bottom portion and return with payment.*

Janet C. Owens, Esquire
Rogers Towers, PA
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

Job No.     : 189134        BU ID     : Central FL
Case No.    : 114CV00012MWGRJ
Case Name : Reuben Vaughn & Steven Davis vs. Producers
                  Agriculture Insurance Company

Invoice No. : 166866        Invoice Date : 11/14/2014
**Total Due** : **$ 1,582.65**

### PAYMENT WITH CREDIT CARD

AMEX    VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Orange Legal, Inc.**
                **633 East Colonial Drive**
                **Orlando, FL 32803**

# INVOICE

Scribe Associates Inc., Court Reporters
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16863 | 9/24/2014 | 13856 |
| **Job Date** | **Case No.** | |
| 9/19/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | |
|---|---|---|---|---|
| The Deposition of: Thomas H.Spreen, Ph.D. | | | | |
| Original Transcript, Expedited One Day | 106.00 Pages | @ | 9.50 | 1,007.00 |
| Attendance | 2.50 | @ | 65.00 | 162.50 |
| Postage and Handling | 1.00 | @ | 8.44 | 8.44 |
| Postage For Original After Reading | 1.00 | @ | 5.44 | 5.44 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| Scanned Exhibits | 61.00 Pages | @ | 0.25 | 15.25 |
| | **TOTAL DUE  >>>** | | | **$1,223.63** |

*Scanned exhibits sent via hightail on 9/22/14*
*E-Tran sent 9/22/14*

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms:  Net 30 Days @ 1.5%  (18% Annually)
Collections will be filed in Alachua County where payment is due

Tax ID: 59-2820930                                    Phone: 813-995-6444    Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 16863 |
| Invoice Date | : | 9/24/2014 |
| **Total Due** | : | **$ 1,223.63** |

| | | |
|---|---|---|
| Job No. | : | 13856 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

Remit To:  **Scribe Associates Inc.**
           **201 SE 2nd Ave**
           **Ste 207**
           **Gainesville, FL 32601**

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16830 | 9/24/2014 | 13855 |
| **Job Date** | **Case No.** | |
| 9/5/2014 | 1:14-CV-12-MW-GRJ | |

| **Case Name** | |
|---|---|
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | |
| **Payment Terms** | |
| Due upon receipt | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---:|
| Deposition of: Chad Marzen | 213.00 | Pages | @ 4.75 | 1,011.75 |
| Attendance of Reporter | 4.50 | Hours | @ 60.00 | 270.00 |
| Original Held For Read and Sign | 1.00 | | @ 0.00 | 0.00 |
| E-Transcript | 1.00 | | @ 25.00 | 25.00 |
| Postage and Handling | 1.00 | | @ 9.39 | 9.39 |
| Returned Exhibits to Witness via FedEx | 1.00 | | @ 44.97 | 44.97 |
| Scanned Exhibits | 3,148.00 | Pages | @ 0.25 | 787.00 |
| Exhibits (First 100 pages) | 100.00 | Pages | @ 0.50 | 50.00 |
| Exhibits (After First 100 pages) | 2,610.00 | Pages | @ 0.25 | 652.50 |

**TOTAL DUE >>>**     **$2,850.61**

*E-Tran sent 9/18*
*Exhibit 1 copied to hold with original-original exhibit 1 returned to witness via FedEx*
*Postage for returning original after reading to be billed to Rogers Towers, P.A. fed ex account*

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms: Net 30 Days @ 1.5% (18% Annually)
Collections will be filed in Alachua County where payment is due

Tax ID: 59-2820930             Phone: 813-995-6444    Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 16830 |
| Invoice Date | : | 9/24/2014 |
| **Total Due** | : | **$ 2,850.61** |

Remit To: **Scribe Associates Inc.**
           **201 SE 2nd Ave**
           **Ste 207**
           **Gainesville, FL 32601**

| | | |
|---|---|---|
| Job No. | : | 13855 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16765 | 9/16/2014 | 13854 |
| **Job Date** | **Case No.** | |
| 9/4/2014 | 1:14-CV-12-MW-GRJ | |
| **Case Name** | | |
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Deposition of: John D. Zuidema, Jr., C.P.A. | 144.00 | Pages | @ | 4.75 | 684.00 |
| Original Held For Read and Sign | 0.00 | | @ | 0.00 | 0.00 |
| E-Transcript | 1.00 | | @ | 25.00 | 25.00 |
| Exhibit on CD | 1.00 | Disks | @ | 10.00 | 10.00 |
| Scanned Exhibits | 1,064.00 | Pages | @ | 0.25 | 266.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Deposition of: Donald G. Foreman, C.P.A. | 90.00 | Pages | @ | 4.75 | 427.50 |
| Attendance of Reporter | 5.50 | Hours | @ | 60.00 | 330.00 |
| Original Held For Read and Sign | 0.00 | | @ | 0.00 | 0.00 |
| Postage For Original After Reading | 1.00 | | @ | 11.57 | 11.57 |
| Postage and Handling | 1.00 | | @ | 10.25 | 10.25 |
| E-Transcript | 1.00 | | @ | 25.00 | 25.00 |
| Exhibit on CD | 1.00 | Disks | @ | 10.00 | 10.00 |
| Scanned Exhibits | 215.00 | Pages | @ | 0.25 | 53.75 |
| Copying Services (Black and White, First 100 Pages) | 100.00 | Pages | @ | 0.50 | 50.00 |
| Copying Services(Black & White, After First 100 Pages) | 228.00 | Pages | @ | 0.25 | 57.00 |
| | | **TOTAL DUE  >>>** | | | **$1,960.07** |

Tax ID: 59-2820930

Phone: 813-995-6444    Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

Invoice No.    :  16765
Invoice Date  :  9/16/2014
**Total Due**     :  **$ 1,960.07**

Remit To:  **Scribe Associates Inc.**
           **201 SE 2nd Ave**
           **Ste 207**
           **Gainesville, FL 32601**

Job No.      :  13854
BU ID        :  1-MAIN
Case No.     :  1:14-CV-12-MW-GRJ
Case Name    :  Reuben Vaughn and Steven Davis vs.
                Producers Agriculture Ins. Co.

# INVOICE

Scribe Associates Inc., Court Reporters
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16765 | 9/16/2014 | 13854 |
| Job Date | Case No. | |
| 9/4/2014 | 1:14-CV-12-MW-GRJ | |

| Case Name |
|---|
| Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

| Payment Terms |
|---|
| Due upon receipt |

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

*Scanned exhibits sent 9/15/14*

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms:  Net 30 Days @ 1.5%  (18% Annually)
Collections will be filed in Alachua County where payment is due

Tax ID: 59-2820930

Phone: 813-995-6444   Fax:

*Please detach bottom portion and return with payment.*

L. Javan Grant,, Esquire
Rogers Towers, P.A.
29152 Chapel Park Drive
Wesley Chapel, FL 33543

| | | |
|---|---|---|
| Invoice No. | : | 16765 |
| Invoice Date | : | 9/16/2014 |
| **Total Due** | : | **$ 1,960.07** |

Remit To: **Scribe Associates Inc.**
**201 SE 2nd Ave**
**Ste 207**
**Gainesville, FL 32601**

| | | |
|---|---|---|
| Job No. | : | 13854 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-12-MW-GRJ |
| Case Name | : | Reuben Vaughn and Steven Davis vs. Producers Agriculture Ins. Co. |

# INVOICE

**Scribe Associates Inc., Court Reporters**
201 SE 2nd Ave
Ste. 207
Gainesville, FL 32601
www.scribeassociates.com
Phone:352-377-6852

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17932 | 1/21/2015 | 6480 |
| **Job Date** | **Case No.** | |
| 12/12/2012 | CLAIM NOS: 2798 & 902 & 1138 | |
| **Case Name** | | |
| Steven M. Davis; Reuben "Tim" Vaughn and Producers Agriculture Insurance Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher C. Hazelip, Esquire
Rogers Towers, P.A.
1301 Riverplace Blvd.,
Ste 1500
Jacksonville, FL 32207

| Arbitration In Re: Steven Davis and Tim Vaughn vs. PROAG | | | | |
|---|---|---|---|---|
| Original and One Certified Copy | 524.00 Pages | @ | 4.95 | 2,593.80 |
| Copy, Transcript | 278.00 Pages | @ | 2.50 | 695.00 |
| E-Transcript | 1.00 | @ | 25.00 | 25.00 |
| Postage and Handling | 1.00 | @ | 13.08 | 13.08 |
| | | **TOTAL DUE  >>>** | | **$3,326.88** |

**ETran emailed on 01/19**
((Copy transcript charges are for previously transcribed excerpts))

Thank you for using Scribe Associates!
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER (3% Convenience Fee)
Terms: Net 30 Days @ 1.5% (18% Annually)
Collections will be filed in Alachua County where payment is due

Tax ID: 59-2820930

Phone: 904-398-3911    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Hazelip, Esquire
Rogers Towers, P.A.
1301 Riverplace Blvd.,
Ste 1500
Jacksonville, FL 32207

Invoice No.    :  17932
Invoice Date  :  1/21/2015
**Total Due**   :  **$ 3,326.88**

Remit To: **Scribe Associates Inc.**
**201 SE 2nd Ave**
**Ste 207**
**Gainesville, FL 32601**

Job No.     :  6480
BU ID       :  1-MAIN
Case No.    :  CLAIM NOS: 2798 & 902 & 1138
Case Name   :  Steven M. Davis; Reuben "Tim" Vaughn and Producers Agriculture Insurance Company

Thomas Spreen, Professor Emeritus

1575 W. 1000 N.

Alexandria, IN 46001

Tax ID #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

INVOICE TO PRODUCERS AGRICULTURE INSURANCE COMPANY

RE:   VAUGHN-DAVIS V. PROAG

      DEPOSITION

2.75 Hours x $200/hour = $550.00

Please remit and forward to the above address.

Thank you.



Christopher C. Hazelip
Board Certified Civil Trial Lawyer

904.346.5532
CHazelip1@rtlaw.com

1301 Riverplace Boulevard · Suite 1500
Jacksonville, Florida 32207

904.398.3911 Main
904.396.0663 Fax
www.rtlaw.com

September 30, 2014

Professor Chad Marzen
2350 Phillips Road, Apt. 4207
Tallahassee, FL 32308

Re: *Reuben Vaughn and Steven Davis v. Producers Agriculture Insurance Company*; Case No. 1:14-cv-00012-MW-GRJ, U.S. District Court, Northern District of Florida

Dear Professor Marzen:

We are in receipt of the invoice dated September 8, 2014 which you previously sent to Mr. Crispin, the attorney who hired you on behalf of the Plaintiffs. We recognize two of the itemized time entries as being appropriately payable by us. Enclosed please find our firm's check in the amount of $1,450 made payable to you. The check represents your September 5, 2014 deposition time (5.0 hours) and your time for gathering the subpoenaed documents (1.0 hours). The balance of the bill, including the time preparing for your deposition and the travel time and expenses related to the deposition being held in Gainesville, are appropriately paid by Mr. Crispin on behalf of the Plaintiffs.

Sincerely,

Christopher C. Hazelip

CCH:js
Enclosures

cc.   William K. Crispin, Esquire

Wells Fargo Bank N.A.
63-751/631

**ROGERS TOWERS**
ATTORNEYS AT LAW
1301 RIVERPLACE BOULEVARD
SUITE 1500
JACKSONVILLE, FL 32207

CHECK NO.     100022181
CHECK DATE    September 29, 201·

PAY **One Thousand Four Hundred Fifty & 00/100**

**1,450.00**

TO THE
ORDER OF     CHAD MARZEN

⑈1000 2218 1⑈  ⑆063107513⑆  2189801542330⑈

September 8, 2014

Mr. William K. Crispin
Law Offices of William K. Crispin
7401 N.W. 18th Ave.
Gainesville, FL 32605

Re: *Reuben Vaughn and Steven Davis v. Producers Agriculture Insurance Company,* Case No. 1:14-CV-00012-MW-GRJ, United States District Court, Northern District of Florida, Gainesville Division

Invoice No. 2                                                    Consultant SSN: 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

SERVICES RENDERED RELATED TO DEPOSITION (August and September 2014):

| | |
|---|---|
| 1. Compile – Organize Materials Requested by Subpoena Duces Tecum in Prep. for Sept. 2014 Deposition | 1.0 hours |
| 2. Review – Analysis of Defendant's Expert Witness Disclosure and Reports of Experts Owen and Kissane in Prep. of Sept. 2014 Deposition | 1.0 hours |
| 3. Review of File, Documents Relating to Claim for Mental Distress, Decision on Motion to Stay in Lindsey Case, and FCIC Manager Bulletin MRG-14-010 in Prep. of Sept. 2014 Deposition | 3.0 hours |
| 4. Travel from Tallahassee, FL to Gainesville, FL to September 5.2014 Deposition | 2.5 hours |
| 5. September 5.2014 Deposition | 5.0 hours (at $250 per hour) |
| 6. Travel from Gainesville, FL to Tallahassee, FL following September 5.2014 Deposition | 2.5 hours |
| TOTAL HOURS: | 15.0 hours |
| TOTAL FEES: | $3,250.00 |

1

EXPENSES INCURRED FOR DEPOSITION (September 2014):

1. Hotel Lodging in Gainesville, FL on Evening of       $136.03
   September 4.2014 Prior to Deposition (Receipt Enclosed)

2. Mileage – Travel to and from Tallahassee, FL and      $164.64
   Gainesville, FL on September 4.2014 and September
   5.2014 (Approximately total of 294 Miles; 56 cents
   per mile)

   TOTAL EXPENSES:                             $300.67

   **TOTAL BALANCE DUE FROM**
   **PROAG (FEES AND EXPENSES):**          $3,550.67

# RICOH

# INVOICE

| | |
|---|---|
| Invoice # | L1914090097 |
| Invoice Date: | 09/24/2014 |
| Due Date: | 10/24/2014 |
| Terms: | Net 30 Days |
| Customer Code: | L19-ROGT |
| Natl ID: | 27671 |

Ricoh USA, Inc. - Jacksonville, FL
Phone: (904) 356-4980    Fax:
Federal ID: 230334400

**BILL TO:**
**ROGERS TOWERS**
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207

**SHIP TO:**
**ROGERS TOWERS**
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207
Attn: BETH RUDD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| X55039 | | | John Romig |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1409-0030 | 09/09/2014 | BETH RUDD - ROGERS TOWERS | | | | |
| *4007 | | Pkg: Native/Meta/Text TIFF Full (GB) | 0.50 | 425.0000 | | 212.50 |
| *4070 | | E-Label Endorsement | 23,077.00 | 0.0200 | | 461.54 |
| *4071 | | E-OCR | 3,905.00 | 0.0400 | | 156.20 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| 721 | | CD - Master(s) | 3.00 | 15.0000 | | 45.00 |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 45.00 |
| Sales Tax: | 3.15 |
| * Non-Taxable: | 1,080.24 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,128.39** |

Received/Accepted by: {Print} _Meth Solm_    {Signature} _Matth SL_    Date:

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROGERS TOWERS
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207

| Amount Enclosed |
|---|
| $ |

Invoice: L1914090097
Invoice Date: 09/24/2014
Due Date: 10/24/2014
Customer Code: L19-ROGT
natl id: 27671

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Southeast District - L19
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ 1,128.39

# RICOH

# INVOICE

| | |
|---|---|
| Invoice # | L1914100076 |
| Invoice Date: | 10/21/2014 |
| Due Date: | 11/20/2014 |
| Terms: | Net 30 Days |
| Customer Code: | L19-ROGT |
| Natl ID: | 27671 |

Ricoh USA, Inc. - Jacksonville, FL
Phone: (904) 356-4980    Fax:
Federal ID: 230334400

**BILL TO:**
**ROGERS TOWERS**
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207

**SHIP TO:**
**ROGERS TOWERS**
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207
Attn: BETH RUDD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 55039 | | | John Romig |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1410-0010 | 10/03/2014 | BETH RUDD - ROGERS TOWERS | | | | |
| *713 | | Image Capture D - Heavy | 4,518.00 | 0.1200 | | 542.16 |
| *737 | | Color Imaging (per page) | 234.00 | 0.6900 | | 161.46 |
| *4002 | | Image Conversion (MS Office, etc. per Unit) | 1,160.00 | 0.0600 | | 69.60 |
| *716 | | E-Labels Endorsement | 5,912.00 | 0.0400 | | 236.48 |
| *717 | | OCR | 5,912.00 | 0.0400 | | 236.48 |
| 721 | | CD - Master(s) | 1.00 | 15.0000 | | 15.00 |

**Valued Customer**
Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders. This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh. We thank you for your business and appreciate your understanding the necessity of this policy.

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 15.00 |
| Sales Tax: | 1.05 |
| * Non-Taxable: | 1,246.18 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,262.23** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print}_____ {Signature}_____ Date: 10-21-14

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROGERS TOWERS
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL 32207

**Amount Enclosed**
$

**Invoice:** L1914100076
Invoice Date: 10/21/2014
Due Date: 11/20/2014
Customer Code: L19-ROGT
natl id: 27671

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Southeast District - L19
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ 1,262.23



Security | Compliance | Trust

A Sharecare Company
**Q** sharecare

|  |  |
|---|---|
| Invoice Number: | F3JWK-1 |
| Date: | 10/14/2014 |
| Customer Number: | ROGERS1-32207 |
| Due: | Upon Receipt |

Location: FL002

Facility: GAINESVILLE INTERNAL MEDICINE

ROGERS TOWERS ATTORNEYS AT LAW

1301 RIVERPLACE BLVD STE 1500

JACKSONVILLE, FL 32207

**Patient Name: *DAVIS STEVEN 10-17-14**          DR BRASINGTON

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 2 | Pages Copied: from 1 to 10000 | 14 | $1.00 | $14.00 |

|  |  |
|---|---|
| Mailing Cost: | $0.90 |
| Sub Total: | $14.90 |
| Tax: | $0.00 |
| Invoice Total | $14.90 |
| Applied: | $0.00 |
| **Balance Due:** | **$14.90** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at www.Bactes.com

Card #: _____          Signature: _____

Expiration Date: _____

PLEASE REMIT PAYMENT TO:          TAX ID NO. 90-0998358     ** DUE UPON RECEIPT **

**BACTES**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

|  |  |
|---|---|
| Invoice Number: | F3JWK-1 |
| Date: | 10/14/2014 |
| Customer Number: | ROGERS1-32207 |
| Balance Due: | 14.90 |